# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO: 3:20-CR-399-S ECF |
| STEVEN LAMOND SPRIGGS | § | |

## DEFENDANT'S NOTICE OF FILING ALL WRITTEN MATERIALS

Comes now David J. Pire, counsel for the defendant Steven Spriggs and files this notice that all written materials have been filed in connection with the Sentencing of the Defendant.

Respectfully submitted,

s/ David J. Pire_____
David J. Pire
State Bar No. 00789550
4144 North Central Expwy.
Suite 600
Dallas, Texas 75204
214-821-1919 Telephone
214-821-2890 Facsimile
david @pirelaw.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2021 I electronically filed the foregoing document with the clerk of the United States District Court for the Northern District of Texas using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following who have consented in writing to accept Notice as service of this document by electronic means: Assistant United States Attorney Abe McGlothin and U.S. Probation Officer Kyle Wolfe.

 /s/ David J. Pire_____
David J. Pire